UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re: Raisor, Jerry R. § Case No. 11-90738
      Raisor, Donna J. §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 18, 2011.  The undersigned trustee was appointed on February 12, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      7,401.65

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 810.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]  $ | 6,581.65 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/06/2011 and the deadline for filing governmental claims was 09/14/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,490.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,490.17, for a total compensation of $1,490.17.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $101.72, for total expenses of $101.72.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/14/2014          By: /s/Kathryn L. Pry
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-90738  
**Case Name:** Raisor, Jerry R.  
Raisor, Donna J.  
**Period Ending:** 04/14/14

**Trustee:** (340300) Kathryn L. Pry  
**Filed (f) or Converted (c):** 03/18/11 (f)  
**§341(a) Meeting Date:** 05/12/11  
**Claims Bar Date:** 10/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence<br>Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lot at TN<br>Imported from original petition Doc# 1 | 9,000.00 | 5,371.85 | | 0.00 | FA |
| 3 | Cash on Hand<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking acct.<br>Imported from original petition Doc# 1 | 44.18 | 0.00 | | 0.00 | FA |
| 5 | Savings acct.<br>Imported from original petition Doc# 1 | 10.50 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings<br>Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Books and Art Objects<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Schenely Industries pension -- $193.48 monthly/$<br>Imported from original petition Doc# 1 | 7,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2010 Federal refund<br>Imported from original petition Doc# 1 | 575.00 | 29.68 | | 0.00 | FA |
| 12 | Inheritance<br>Imported from original petition Doc# 1 | 8,000.00 | 8,000.00 | | 7,401.65 | FA |
| 13 | 2007 Focus 4-door<br>Imported from original petition Doc# 1 | 8,500.00 | 0.00 | | 0.00 | FA |
| 14 | 1978 Ford truck<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 15 | Flat bed trialer<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 16 | 2008 Kia<br>Imported from original petition Doc# 1 | 10,700.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-90738  
**Case Name:** Raisor, Jerry R.  
Raisor, Donna J.  
**Period Ending:** 04/14/14

**Trustee:** (340300) Kathryn L. Pry  
**Filed (f) or Converted (c):** 03/18/11 (f)  
**§341(a) Meeting Date:** 05/12/11  
**Claims Bar Date:** 10/06/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17  '77 Oliver tractor<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 18  Finishing mower<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 19  90 degree turn mower<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 20  Scraper blade<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 21  John Deere riding mower<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 22  Farm King mower<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 23  Tiller<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 24  Mower<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 25  Tiller<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 26  Two Timeshares<br>Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 26  **Assets**  **Totals** (Excluding unknown values) | **$136,629.68** | **$17,401.53** | | **$7,401.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

Split fee with Don.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** December 31, 2014

April 14, 2014  
Date

/s/ Kathryn L. Pry  
Kathryn L. Pry

Printed: 04/14/2014 11:12 AM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** 11-90738 | **Trustee:** | Kathryn L. Pry (340300) |
| **Case Name:** Raisor, Jerry R. | **Bank Name:** | Rabobank, N.A. |
| Raisor, Donna J. | **Account:** | ******1366 - Checking Account |
| **Taxpayer ID #:** **-***6651 | **Blanket Bond:** | $69,146,203.00  (per case limit) |
| **Period Ending:** 04/14/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/14 | {12} | Warren D. Works Estate | inheritance from probate estate | 1129-000 | 7,401.65 | | 7,401.65 |
| 03/24/14 | 101 | Michael J. Walro | special counsel fees per court order dated March 21, 2014 | 3210-600 | | 810.00 | 6,591.65 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,581.65 |
| | | | **ACCOUNT TOTALS** | | 7,401.65 | 820.00 | **$6,581.65** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,401.65 | 820.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,401.65** | **$820.00** | |

Net Receipts :       7,401.65
Net Estate :         $7,401.65

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1366** | 7,401.65 | 820.00 | 6,581.65 |
| | **$7,401.65** | **$820.00** | **$6,581.65** |

April 14, 2014                             /s/ Kathryn L. Pry
_____                    _____
Date                                       Kathryn L. Pry

{} Asset reference(s)                                      Printed: 04/14/2014 11:12 AM     V.13.14

# Exhibit "C"

## Case:  11-90738    Raisor, Jerry R.

Claims Bar Date:  10/06/11

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit, MI 48255-0953 | Secured<br>07/08/11 | 2397<br><br>Claim is secured and should be paid from the liquidation of the collateral securing the indebtedness or a reaffirmation agreement. | $12,044.55 *<br>$0.00 | $0.00 | $0.00 |
| | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$0.00** |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-90738
Case Name: Raisor, Jerry R.
Trustee Name: Kathryn L. Pry

**Balance on hand:** $ 6,581.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,581.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathryn L. Pry | 1,490.17 | 0.00 | 1,490.17 |
| Trustee, Expenses - Kathryn L. Pry | 101.72 | 0.00 | 101.72 |

Total to be paid for chapter 7 administration expenses: $ 1,591.89
Remaining balance: $ 4,989.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,989.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,989.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 7,120.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | PYOD LLC its successors and assigns | 709.28 | 0.00 | 497.01 |
| 3 | Midland Funding LLC | 1,266.62 | 0.00 | 887.56 |
| 4 | Portfolio Recovery Associates, LLC | 5,144.93 | 0.00 | 3,605.19 |

Total to be paid for timely general unsecured claims: $ 4,989.76
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 378.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 | United Consumer Financial Services | 378.99 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**